Document ID: cbb0006166e5f8c901ff8aeae8b8d670740d2383ec1042dd5d027a504fd089cc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Sharon Jones            BK NO. 24-00939 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Michael Farrington*

PA Middle BK
16 May 2024, 13:34:32, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322