UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHARON JONES : | CHAPTER 13 |
| Debtor : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
| Movant : | |
| : | |
| SHARON JONES : | |
| Respondent : | CASE NO. 1-24-bk-00939 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 14th day of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the Debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically, the Debtor is now employed.

2. Schedule I lacks description with regard to Debtor's new job.

3. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. The Plan is underfunded relative to claims to be paid – 100% Plan.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 14th day of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN, PA 18102-

        /s/Tammy Life
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee