United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Sharon Jones  
    Debtor

Case No. 24-00939-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 13, 2024      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Jones, 3222 N 6th St, Harrisburg, PA 17110-2207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5613552 | + | Email/Text: rmcollections@belco.org | Jun 13 2024 18:51:00 | Belco Community CU, 449 Eisenhower Road, Harrisburg, PA 17111-2301 |
| 5610565 | + | Email/Text: collections@bellcocu.org | Jun 13 2024 18:52:00 | Bellco FCU, PO Box 6455, Reading, PA 19610-0455 |
| 5610568 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2024 18:53:00 | CCS Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 5610566 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5610567 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2024 18:59:35 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 5611707 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5610569 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 13 2024 18:52:00 | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5610570 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2024 18:59:30 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801 |
| 5618210 | + | Email/Text: RASEBN@raslg.com | Jun 13 2024 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5610571 | ^ | MEBN | Jun 13 2024 18:48:12 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5614422 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 18:59:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5610572 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2024 18:59:41 | MIdFirst Bank, 999 N.W. Grand Boulevard - Ste 100, Oklahoma City, OK 73118-6051 |
| 5610573 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 18:52:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 5621636 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 13 2024 18:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5610574 | + | Email/Text: bankruptcy@sccompanies.com | Jun 13 2024 18:53:00 | Montgomery Wards, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5610575 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:30 | SYNCB/Sams Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5617061 | + | Email/Text: bankruptcy@sccompanies.com | Jun 13 2024 18:51:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Sharon Jones claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sharon Jones,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00939−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)