# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 1:24-BK-939-HWV |
| Sharon Jones, | : | |
| | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| | : | |
| Sharon Jones, | : | |
| | : | |
| Movants | : | |
| | : | |
| Vs. | : | |
| | : | |
| Jack N. Zaharopoulos, Esquire | : | |
| (Trustee) | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION AND
## REQUEST FOR ENTRY OF ORDER

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1. The Motion to Modify Confirmed Plan was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2. The deadline for response to the Motion was January 30, 2026.

3. No objections, responses, or requests for hearing on the Motion have been received, as of February 2, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Objection have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the Motion, granting the requested relief.

Dated: February 2, 2026  /s/ *Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 West Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Facsimile: (484)350-3581